UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC.,<br><br>v.<br><br>ALERE, INC. | Case No. 2:14-cv-652-JRG-RSP<br>**LEAD CASE** |
| MY HEALTH, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>LIFESCAN, INC.,<br><br>*Defendant*. | Case No. 2:14-cv-683-MHS-RSP<br>**CONSOLIDATED CASE** |

## DECLARATION OF EUGENE M. GELERNTER

1. I am a lawyer admitted to practice in the State of New York and am admitted *pro hac vice* in this action. I am a member of the firm of Patterson Belknap Webb & Tyler LLP, which represents defendant LifeScan, Inc. in this case. I am fully familiar with the facts and circumstances set forth below.

2. I submit this Declaration in support of LifeScan, Inc.'s motion to stay this action pending *inter partes* review if it is not dismissed.

3. Attached to this Declaration are copies of the following documents:

   Exhibit A: Biotronik, Inc.'s and Sotera Wireless, Inc.'s Motion for Stay Pending Initial and Final Resolution of *Inter Partes* Review (and supporting declarations)

   Exhibit B: My Health, Inc.'s Response to Defendants Biotronik's and Sotera's Motion to Stay Pending *Inter Partes* Review (and supporting declaration)

Exhibit C: Biotronik, Inc.'s and Sotera Wireless, Inc.'s Reply Brief in Support of Their Joint Motion for Stay Pending Initial and Final Resolution of *Inter Partes* Review (and supporting declaration)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2014.

*/s/ Eugene M. Gelernter*
Eugene M. Gelernter

7528818v.1