IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MY HEALTH, INC.**, | ) | Case No. 2:14-cv-652-RWS-RSP |
| | ) | (LEAD CASE) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ALERE, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **MY HEALTH, INC.**, | ) | Case No. 2:14-cv-660-RWS-RSP |
| | ) | (CONSOLIDATED CASE) |
| Plaintiff, | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| **NONIN MEDICAL, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Nonin Medical, Inc. here notifies the Court that pursuant to the Court's December 18, 2014, Notice of Scheduling Conference, it served its required Initial Disclosures upon Plaintiff My Health, Inc. via electronic mail on February 10, 2015.

Respectfully submitted,

Dated: February 10, 2015      By:  *s/Paul J. Robbennolt*
                              Paul J. Robbennolt, Esq. (admitted *pro hac vice*)
                              probbennolt@winthrop.com
                              WINTHROP & WEINSTINE P.A.
                              225 South Sixth Street; Suite 3500

          Minneapolis, MN 55402
          Telephone: (612) 604-6761
          Facsimile: (612) 604-6800
          Attorneys for Defendant
          NONIN MEDICAL INC.

## **CERTIFICATE OF SERVICE**

This is to confirm that a copy of the foregoing was electronically filed on February 10, 2015. A true and accurate copy of the foregoing will be served electronically to designated CM/ECF participant counsel through the Court's electronic filing system.

          *s/Paul J. Robbennolt*
          *Counsel for Defendant, Nonin Medical, Inc.*

10005003v1