# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALERE, INC., et al<br><br>Defendants. | CIVIL ACTION NO. 2:14-cv-652<br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| MY HEALTH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TUNSTALL HEALTHCARE USA, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:14-cv-685<br>(CONSOLIDATION ACTION)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISCLOSURE

Defendant, Tunstall Healthcare USA, Inc. ("Tunstall") notifies the Court and all parties of record that on February 13, 2015, Tunstall served its Initial Disclosures consistent with the agreed docket control and discovery orders.

|  |  |
|---|---|
| Date: February 18, 2015 | */s/ Michael H. Bunis by permission Wesley Hill*<br>Michael H. Bunis – Lead Attorney<br>(*pro hac vice to be filed*)<br>Margaret E. Ives (*pro hac vice to be filed*)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel.: (617) 248-5000<br>Fax: (617) 248-4000<br>mbunis@choate.com<br>mives@choate.com<br><br>Wesley Hill<br>Tex. Bar. No. 24032294<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>1127 Judson Road, Ste 220<br>Longview, Texas 75601<br>Tel.: (903) 757-6400<br>Fax: (903) 757-2323<br>wh@wsfirm.com<br><br>**ATTORNEYS FOR TUNSTALL HEALTHCARE USA, INC.** |

Respectfully submitted,

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 18th day of February, 2015.

*/s/ Wesley Hill*