

**Capshaw DeRieux LLP**
Attorneys At Law

114 E. Commerce Ave., Gladewater, Texas 75647
P.O. Box 3999, Longview, Texas 75606-3999
(903) 236-9800  FAX (903) 236-8787
www.capshawlaw.com

February 26, 2015

**Via U.S. Mail**
Petoria Bell
Jack Brooks Federal Building
And United States Courthouse
300 Willow Street, Ste. 104
Beaumont, TX 77701

RE:   Brett Johnson

Dear Ms. Bell,

I am sorry to inform you that recently one of our colleagues, Brett I. Johnson, passed away. There are already additional attorneys representing each of the parties that Mr. Johnson was representing. Therefore, we respectfully request that you remove him from the docket of the following active cases:

| Case Number | Case Name |
|---|---|
| 2:14-cv-00652-RWS-RSP | My Health, Inc. v. Alere, Inc. |
| 2:14-cv-00653-RWS-RSP | My Health, Inc. v. BodyMedia, Inc. |
| 2:14-cv-00654-RWS-RSP | My Health, Inc. v. Cardiomedix, Inc. |
| 2:14-cv-00656-JRG-RSP | PetAware, LLC v. Dog's Play and Training Center, Inc. et al |
| 2:14-cv-00657-RWS-RSP | My Health, Inc. v. Entra Health Systems, LLC |
| 2:14-cv-00658-RWS-RSP | My Health, Inc. v. Healthrageous, Inc. |
| 2:14-cv-00659-RWS-RSP | My Health, Inc. v. Medisana AG |
| 2:14-cv-00660-RWS-RSP | My Health, Inc. v. Nonin Medical, Inc. |
| 2:14-cv-00662-RWS | My Health, Inc. v. Robert Bosch Healthcare Systems, Inc. |
| 2:14-cv-00663-RWS-RSP | My Health, Inc. v. Sotera Wireless, Inc. |

- 2 -

| | |
|---|---|
| 2:14-cv-00680-RWS-RSP | My Health, Inc. v. Biotronik, Inc. |
| 2:14-cv-00681-RWS-RSP | My Health, Inc. v. CardioNet, Inc. |
| 2:14-cv-00683-RWS-RSP | My Health, Inc. v. LifeScan, Inc. |
| 2:14-cv-00684-RWS-RSP | My Health, Inc. v. Tandem Diabetes Care, Inc. |
| 2:14-cv-00685-RSP | My Health, Inc. v. Tunstall Healthcare USA, Inc. |

Sincerely,

Elizabeth L. DeRieux

ELD/hlp