# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC.,<br><br>v.<br><br>ALERE, INC. | Case No. 2:14-cv-652-RWS-RSP<br>**LEAD CASE** |
| MY HEALTH, INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>LIFESCAN, INC.,<br><br>      *Defendant*. | Case No. 2:14-cv-683-RWS-RSP<br>**CONSOLIDATED CASE** |

## LIFESCAN, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

On August 18, 2014, defendant LifeScan, Inc. ("LifeScan") filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Case No. 2:14-cv-683-RWS-RSP, Dkt. No. 15). This Motion was fully briefed as of November 17, 2014.

LifeScan hereby provides notice of two recent decisions from federal district courts in Texas, one from this district: *Clear With Computers, LLC v. Volvo Constr. Equip. N. Am., LLC*, No. 6:14-cv-89-JRG (E.D. Tex. Mar. 3, 2015) (Dkt. No. 59), and *Morales v. Square, Inc.*, No. 5:13-cv-1092-DAE (W.D. Tex. Dec. 30, 2014) (Dkt. No. 31). In both cases, the district court granted a motion to dismiss an action for patent infringement under Fed. R. Civ. P. 12(b)(6) prior to claim construction and held that the asserted claims were invalid under 35 U.S.C. § 101 on the authority of *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347 (2014). The decisions are attached hereto as Exhibits A and B, respectively. The decisions in *Clear With*

*Computers* and *Morales* are relevant to issues that LifeScan addressed in its opening brief (Case No. 2:14-cv-683-RWS-RSP, Dkt. No. 15) at pages 7-8 and in its reply brief (Case No. 2:14-cv-683-RWS-RSP, Dkt. No. 27) at pages 1-4.

| | |
|---|---|
| Dated: March 5, 2015 | Respectfully submitted, |
| *Of Counsel*: | */s/ Michael E. Jones* <br> Michael E. Jones |
| Gregory L. Diskant <br> gldiskant@pbwt.com <br> Eugene M. Gelernter <br> emgelernter@pbwt.com <br> Andrew D. Cohen <br> acohen@pbwt.com <br> PATTERSON BELKNAP WEBB & TYLER LLP <br> 1133 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 336-2000 <br> Facsimile: (212) 336-2222 | State Bar No. 10929400 <br> mikejones@potterminton.com <br> POTTER MINTON P.C. <br> 110 North College Avenue, Suite 500 <br> Tyler, Texas 75702 <br> Telephone: (903) 597-8311 <br> Facsimile: (903) 593-0846 <br><br> *Attorneys for Defendant LifeScan, Inc.* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 5, 2015.

*/s/ Michael E. Jones*