# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MY HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALERE, INC., <br><br> Defendant. | Case No. 2:14-cv-00652-RWS-RSP <br> (LEAD CASE) |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR SOTERA WIRELESS, INC. TO COMPLY WITH PARAGRAPHS 1 & 3 OF THE DISCOVERY ORDER**

On this date came for consideration the Agreed Motion for Extension of Time for Sotera Wireless, Inc. to Comply with Paragraphs 1 & 3 of the Discovery Order. The Court being of the opinion that good cause exists and that same should be GRANTED, it is therefore, ORDERED that the Agreed Motion for Extension of Time for Sotera Wireless, Inc. to Comply with Paragraphs 1 & 3 of the Discovery Order be and hereby is GRANTED, and that the deadline for Sotera Wireless, Inc. to comply with paragraphs 1 & 3 of the Discovery Order is extended up to and including February 17, 2015.

**SIGNED this 12th day of March, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE