IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| My Health, Inc., | § § | |
| v. | § § | Civil Action No. 2:14-cv-652-RWS-RSP<br>LEAD CONSOLIDATED CASE |
| Alere, Inc. | § § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant CardioNet, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant CardioNet, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: March 13, 2015

Respectfully submitted,

By: */s/ John F. Bufe*
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
903 597 8311
903 593 0846 (Facsimile)

**ATTORNEY FOR DEFENDANT CARDIONET, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 13, 2015.

*/s/ John F. Bufe*