**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MY HEALTH, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ALERE, INC.,<br><br>      Defendant. | Civil Action No. 2:14-CV-00652-RWS-RSP<br><br>LEAD CASE |
| MY HEALTH, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MEDISANA AG,<br><br>      Defendant. | Civil Action No. 2:14-cv-659<br><br>**(JURY TRIAL DEMANDED)** |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

COMES NOW, Plaintiff My Health, Inc. ("My Health") and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that all claims in this action be, and hereby are, dismissed WITHOUT PREJUDICE and with all attorneys' fees, costs of court and expenses borne by the party incurring same. Defendant, Medisana AG has not served an answer or motion for summary judgment.

Respectfully Submitted,

Dated:  July 10, 2015          By: /s/          Elizabeth L. DeRieux
                                   Elizabeth L. DeRieux
                                   State Bar No. 05770585
                                   ederieux@capshawlaw.com
                                   CAPSHAW DERIEUX, L.L.P.
                                   114 East Commerce Avenue
                                   Gladewater, Texas 75647
                                   Telephone: (903) 236-9800
                                   Facsimile: (903) 236-8787

                                   C. Dale Quisenberry
                                   State Bar No. 24005040
                                   dquisenberry@pqelaw.com
                                   John T. Polasek
                                   State Bar. No. 16088590
                                   tpolasek@pqelaw.com
                                   POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
                                   6750 West Loop South, Suite 920
                                   Bellaire, Texas 77401
                                   Telephone: (832) 778-6000
                                   Facsimile: (832) 778-6010

                                   Joseph G. Pia
                                   Joe.Pia@padrm.com
                                   PIA ANDERSON DORIUS REYNARD & MOSS, LLC
                                   222 South Main Street, Suite 1830
                                   Salt Lake City, Utah 84101
                                   Telephone:  (801) 350-9000
                                   Fax:  (801) 350-9010


                                   ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 10, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                                   /s/ Elizabeth L. DeRieux